BWW#: VA-347687

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE:

JOSE RAUL LAZO

    Debtor

Case No.: 20-11039-KHK

Chapter: 13

___

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES PURSUANT TO BANKRUPTCY RULE 2002

TO THE CLERK OF THE COURT AND TO ALL PARTIES:

    PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 2002, Lauren S. Hunt and the law offices of BWW Law Group, LLC hereby enter their appearance on behalf of Freedom Mortgage Corporation ("Creditor"), in the above-captioned case and request that notices of all papers, including, but not limited to, orders, reports, pleadings, motions, applications, or petitions, requests, disclosure statements, answering and reply papers and notices of hearings or other proceedings, whether transmitted by mail, delivery, telephone, telegraph, telex or otherwise relating to any issue which may be raised in the above-captioned case be provided to:

Lauren S. Hunt
BWW Law Group, LLC
8100 Three Chopt Rd.
Suite 240
Richmond, VA 23229
(804) 282-0463 (phone)
(804) 282-0541 (facsimile)
bankruptcy@bww-law.com

    Respectfully Submitted,
    BWW Law Group, LLC

Dated: <u>April 30, 2020</u>

    /s/ Lauren S. Hunt
    Lauren S. Hunt, VSB# 92916
    Attorney
    BWW Law Group, LLC
    8100 Three Chopt Rd.
    Suite 240
    Richmond, VA 23229
    (804) 282-0463 (phone)
    (804) 282-0541 (facsimile)
    bankruptcy@bww-law.com
    *Attorney for Creditor*

## **CERTIFICATE OF SERVICE**

      I certify that on this 30th day of April, 2020, the following person(s) were or will be served a copy of the foregoing NOTICE OF APPEARANCE via the CM/ECF system or by first class mail, postage prepaid:

Thomas P. Gorman, Trustee
300 N.Washington St Ste 400
Alexandria, VA 22314

Nathan A. Fisher, Attorney
3977 Chain Bridge Road, #2
Fairfax, VA 22030

Jose Raul Lazo
7450 Barbados Lane
Manassas, VA 20109

                                                        /s/ Lauren S. Hunt
                                                        Lauren S. Hunt, VSB# 92916
                                                        Attorney
                                                        BWW Law Group, LLC
                                                        8100 Three Chopt Rd.
                                                        Suite 240
                                                        Richmond, VA 23229
                                                        (804) 282-0463 (phone)
                                                        (804) 282-0541 (facsimile)
                                                        bankruptcy@bww-law.com
                                                        *Attorney for Creditor*